ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Looks Great Services, Inc.                      )       ASBCA No. 59086
                                                )
Under Contract No. W912DS-13-C-0018             )

APPEARANCES FOR THE APPELLANT:          Karl Dix, Jr., Esq.
                                        Harry Z. Rippeon, III, Esq.
                                          Smith, Currie & Hancock LLP
                                          Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:         Thomas H. Gourlay, Jr., Esq.
                                          Engineer Chief Trial Attorney
                                        Lorraine C. Lee, Esq.
                                          Engineer Trial Attorney
                                          U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 60 days of the date of this Order.

Dated: 7 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59086, Appeal of Looks Great Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
